## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CASE NO.: 3:26-bk-01264** |
| **MADONNA MICHELLE ELMORE** | ) | **CHAPTER 7** |
| | ) | **JUDGE RANDAL S MASHBURN** |
| | ) | |
| | ) | |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| | ) | |
| | ) | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANCIAL

Comes now AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial"), by and through counsel, pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure, and in support of its Motion for Relief from the Automatic Stay, would state and show unto the Court that:

1. GM Financial is a creditor of Debtor, Madonna Michelle Elmore, by virtue of that certain Retail Installment Sale Contract ("Contract") dated January 19, 2024, arising out of the purchase of a 2018 Hyundai Santa Fe Sport, VIN 5NMZU3LB4JH064604 ("Vehicle"). GM Financial holds a validly perfected, first priority security interest in a 2018 Hyundai Santa Fe Sport as noted on the Certificate of Title issued by the State of Tennessee. A copy of the Contract and Certificate of Title are attached hereto and incorporated by reference.

2. According to the Debtor's Chapter 13 Plan, the Debtor wishes to surrender her interest in the Vehicle to GM Financial.

3.      According to JD Power the retail value of the Vehicle is $10,900.00 and the wholesale value of the Vehicle is $6,000.00; however, the amount due and owing to GM Financial on the Vehicle is $14,807.83.

4.      The Debtor wishes to surrender the Vehicle, thereby constituting cause for relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1).

5.      Moreover, in accordance with 11 U.S.C. Section 362(d)(2), Debtor has no equity in the Vehicle and the Vehicle is not necessary for an effective reorganization, thereby constituting grounds for the terminating of the automatic stay as to GM Financial, its collateral and the proceeds thereof.

WHEREFORE, the above premises considered, GM Financial prays that:

1.      GM Financial be granted relief from the automatic stay provision of 11 U.S.C.§ 362 to permit GM Financial to proceed with the enforcement of its security interest in the Vehicle and with any and all other remedies available under state and/or federal law that are not inconsistent with Title 11 of the United States Code;

2.      The provisions of Rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure be waived; and

3.      GM Financial has such other and further relief to which it may be entitled.

Respectfully submitted,

/s/ Aaron J. Nash
Aaron J. Nash (024631)
EVANS PETREE PC
Attorneys for GM Financial
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(615) 567-0168
(615) 349-3528 Fax
anash@evanspetree.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was mailed, postage prepaid, to the Debtor, Madonna Michelle Elmore, 310 Grey Ghost Way, Smyrna, TN 37167; and served electronically upon: Debtor's Attorney, Rodney Lewis Caldwell, 1900 Church Street , Suite 400, Nashville, TN 37203; Chapter 13 Trustee, Henry Edward Hildebrand, III, P.O. Box 340019, Nashville, TN 37203-0019; and Assistant U.S. Trustee, U.S. Bankruptcy Court, 701 Broadway Ste 318, Nashville, TN 37203-3966, this the 30th day of March, 2026.


/s/ Aaron J. Nash
Aaron J. Nash